UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:11-CR-21(01) RM |
| ) | |
| CALEB SMITH ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on March 17, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 11], ACCEPTS defendant Caleb Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   April 11, 2011

   /s/ Robert L. Miller, Jr.
Judge, United States District Court